**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

 VS                CASE NO.  5:92CR5011LAC

DANIEL JOSEPH MURRAY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __June 26, 2007__
Motion/Pleadings: __MOTION TO TERMINATE SUPERVISED RELEASE AND SUPPORTING MEMO__
Filed by __DEFENDANT__ on __6/13/2007__ Doc.# __43__

RESPONSES:

              on _____ Doc.# _____
              on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

              WILLIAM M. McCOOL, CLERK OF COURT

              *s/Mary Maloy*
LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of July, 2007, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

              *s/L.A. Collier*
              ***LACEY A. COLLIER***
              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.