# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

   VS                                      CASE NO.  92-05011-001/LAC

DANIEL JOSEPH  MURRAY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on      May 28, 2008
Motion/Pleadings: MOTION TO TERMINATE SUPERVISED RELEASE AND SUPPORTING MEMORANDUM
Filed by  DEFENDANT                 on 4/28/08            Doc.# 46

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

                            WILLIAM M. McCOOL, CLERK OF COURT

                            *s/Mary Maloy*
_____
LC (1 OR 2)                   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of May, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) The Court will not consider a motion for early termination unless it certifies the approval of the supervising probation officer.*

                            s/*L. A. Collier*
                                  *LACEY A. COLLIER*
                     *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.